IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY BURTON,

        Petitioner,

v.

TABB BICKELL, et al.,

        Respondents.

CIVIL ACTION
NO. 13-4533

## ORDER

**AND NOW**, this 17th day of November 2015, upon consideration of the Petition for a Writ of Habeas Corpus and accompanying exhibits (Doc. No. 1), the Response in Opposition with accompanying exhibits (Doc. No. 20), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 21), Petitioner's Objections to the Report and Recommendation (Doc. No. 24), and the pertinent state court record, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4.       The Clerk of Court shall close this case for statistical purposes.

                                      BY THE COURT:

                                      <u>/s/ Joel H. Slomsky</u>
                                      JOEL H. SLOMSKY, J.